MABEL BARBOUR, Appellant, *v.* THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES, Respondent.

*Barbour* v. *Equitable Life Assur. Society of U. S.*, 174 App. Div. 759, affirmed.

(Argued December 13, 1918; decided January 28, 1919.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered December 11, 1916, affirming a judgment in favor of defendant entered upon a dismissal of the complaint by the court at a Trial Term in an action to recover upon a policy of life insurance. The defense was non-payment of a premium. Plaintiff alleged by way of excuse, avoidance, waiver and estoppel certain alleged promises and representations made by defendant's general agent and manager.

*L. B. Mc Kelvey* for appellant.

*Charles W.. Pierson* and *William Carrell Diamond* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CHASE, COLLIN, CUDDEBACK, CARDOZO, POUND and ANDREWS, JJ.